UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GELBER ALVARADO, individually and on behalf of
all others similarly situated,

                                Plaintiff,

           -against-

J.A VASQUEZ LANDSCAPING CORP., and JOSE
VASQUEZ, as an individual,

                           Defendants.
-----------------------------------------------------------------X

Civil Docket No.: 20-cv-04005
(HG)(SJB)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE**, that upon the Affirmation of Avraham Y. Scher, Esq., dated August 10, 2022, together with the supporting exhibits annexed hereto, and the accompanying Memorandum of Law submitted in support of this motion, and upon all prior pleadings and proceedings heretofore had herein, the undersigned, on behalf of Plaintiff, will move this Court, before The Honorable Hector Gonzalez, United States District Judge, at the United Stated District Court for the Eastern District of New York, located in Courtroom 6A South, at 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order granting Plaintiff's Motion for Entry of a Default Judgment in a Sum Certain against the Defendants, **J.A VASQUEZ LANDSCAPING CORP.**, and **JOSE VASQUEZ**, **as an individual**, and for such other or further relief as the Court deems just, proper and equitable.

Dated:  August 10, 2022
      Kew Gardens, New York

                         *Avraham Y. Scher*
                         Avraham Y. Scher, Esq.
                         Helen F. Dalton & Associates, P.C.
                         *Attorneys for Plaintiff Gelber Alvarado*
                         80-02 Kew Gardens Road Suite 601
                         Kew Gardens, New York 11415
                         Tel: 718-263-9591

**SERVICE TO**:


**J.A VASQUEZ LANDSCAPING CORP.**
(DOS ID: 4106541)
*Attention*: **JOSE VASQUEZ**

1 ABRAMS PLACE
INWOOD, NEW YORK 10096

(*This address being both the actual place of business of J.A VASQUEZ LANDSCAPING CORP., and the actual place of residence of JOSE VASQUEZ, as an individual.*)


*See*, *Plaintiff's Certificate of Service filed & submitted herewith.*