UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GELBER ALVARADO, individually and on
behalf of all others similarly situated,

        Plaintiff,                                 JUDGMENT
v.                                                   20-CV-04005-HG-SJB

J.A VASQUEZ LANDSCAPING CORP.,
JOSE VASQUEZ, as an individual,

        Defendants.
------------------------------------------------------------ X

        An Order of Honorable Hector Gonzalez, United States District Judge, having been filed on March 16, 2023, adopting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated February 14, 2023, granting Plaintiff's motion for default judgment [33]; finding Defendants liable for violations of the overtime provisions of the FLSA and NYLL, the unlawful deduction provisions of NYLL, and the notice and record-keeping requirements and wage statement provisions of the Wage Theft Prevention Act; and awarding Alvarado: • $52,282.29 in unpaid overtime wages; • $52,282.29 in liquidated damages; • $720 in unpaid wages; • $10,000 in Wage Theft Prevention Act damages; • Post-judgment interest pursuant to 28 U.S.C. § 1961(a); it is

        ORDERED and ADJUDGED that Plaintiff's motion for default judgment is granted; that default judgment is hereby entered against Defendants and that Alvarado is awarded a total amount of $115,284.58 plus post-judgment interest pursuant to 28 U.S.C. § 1961(a).

Dated: Brooklyn, NY                                                          Brenna B. Mahoney
       March 17, 2023                                                         Clerk of Court

                                                                                      By: /s/Jalitza Poveda
                                                                                           Deputy Clerk